UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELILAH CANDICE WRIGHT; N.R.; C.W.,

                Plaintiffs,

-against-

NEW YORK CITY POLICE DEPARTMENT; DEPARTMENT OF HOMELESS SERVICES; GOOD SHEPHERD SERVICES; PORT AUTHORITY NY & NJ; NEW YORK CITY TRANSIT AUTHORITY (MABSTOA); FIRE DEPARTMENT OF NEW YORK; ADMINISTRATION OF CHILDRENS SERVICES,

                Defendants.

24 CIVIL 0623 (LTS)

**CIVIL JUDGMENT**

    For the reasons stated in the Court's Order of Dismissal, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 21, 2024
           New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge